UNITED STATES of America, Plaintiff–Appellee,

v.

Ramon VILLA–LOZANO, Defendant–Appellant.

No. 00–10429.

D.C. No. CR–00–00073–DAE.

United States Court of Appeals, Ninth Circuit.

Submitted May 14, 2001.[1]

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM [2]

Ramon Villa–Lozano appeals the judgment of conviction and 96–month sentence imposed after his guilty plea to being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Villa–Lozano contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Villa–Lozano had sustained a prior aggravated felony conviction. He also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir. 2000), *as amended* (Feb. 8, 2001), *cert. denied*, — U.S. —, 121 S.Ct. 1503, — L.Ed.2d — (2001).

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.